AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Sabrina L. Goodman )
)
*Plaintiff* )
)
v. ) Civil Action No. **ELH 12 CV 2026**
Plaza Recovery, Inc. )
)
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Plaza Recovery, Inc.
370 7th Avenue
New York, New York 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sabrina L. Goodman
628 N. Eutaw Street, Apt 304
Baltimore, Maryland 21201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/24/12

RECEIVED
U.S. MARSHALS
BALTIMORE
2012 JUL 24   PM 2:48

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*