**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 SEP -5 PH 1:40

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| PLAINTIFF<br>Sabrina L. Goodman | COURT CASE NUMBER<br>1:12-cv-02026-ELH |
|---|---|
| DEFENDANT<br>Plaza Recovery, Inc. | TYPE OF PROCESS<br>Civil |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE<br>AT | Plaza Recovery, Inc. |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>370 7th Avenue New York, NY 10001 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Sabrina L. Goodman<br>328 N. Eutaw Street, Apt 304<br>Baltimore, MD 21201 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>443-848-1919 | DATE<br>7/23/12 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 37 | District to Serve<br>No. 37 | Signature of Authorized USMS Deputy or Clerk | Date<br>08/28/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>08/25/12    Time    ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>8.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: Mailed certified, return receipt 7011 2970 0004 1087 3088, service accepted on 08/25/12.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,<br>    if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/80 |
|---|---|---|

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* ) | C. Date of Delivery
8/25/12

1. Article Addressed to:

PLAZA RECOVERY, INC.
370 7TH AVENUE
NEW YORK, NY. 10001
ELH-12-2026      KMM

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

*Mark Anderson*

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☒ Yes

2. Article Number
*(Transfer from service label)*
7011 2970 0004 1087 3088

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₃

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.
or PO Box No.

City, State, ZIP

PLAZA RECOVERY, INC.
370 7TH AVENUE
NEW YORK, NY. 10001
ELH-12-2026      KMM

PS Form 3800